# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles T Crockett,<br>    Petitioner,<br>v.<br>Charles L Ryan, *et al.*,<br>    Respondents. | No. CV-18-00443-PHX-JJT (JZB)<br>**ORDER** |

At issue is the Report and Recommendation ("R&R") (Doc. 15) entered in this matter by United States Magistrate Judge John Z. Boyle, which recommends the Court deny and dismiss with prejudice the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 1). Petitioner timely filed an Objection (Doc. 16) to the R&R, and Respondents filed a Response. (Doc. 17.) The Court has considered all of the above.

Judge Boyle correctly concluded that Petitioner's arguments on Grounds One and Two of his Petition failed on the merits, because Petitioner failed even to argue the required finding the Court must make to grant relief—that the state court's rejections of his claims as made in Grounds One and Two were either 1) contrary to or an unreasonable application of clearly established federal law; or 2) the result of an unreasonable determination of the facts. Despite Petitioner's failure to identify the applicable test, Judge Boyle applied it anyway, and rightly concluded that the standard for relief was not met. Judge Boyle's detailed reasoning is set forth in the R&R and, unable to improve on it, the Court will not repeat it here.

Judge Boyle also correctly concluded that Petitioner's claim in Ground Three is unexhausted at the state court level, and procedurally defaulted without excuse, and therefore cannot be considered on the merits at this Court. While Judge Boyle proceeded in the R&R to evaluate Ground Three on its merits, finding that nonetheless it fails, this Court need not go so far, as a procedural default without excuse obviates, and even prohibits, evaluation on the merits of a claim under AEDPA and the attendant case law interpreting it.

Petitioner's Objection is voluminous but fails to address the reasoning of Judge Boyle's R&R, instead arguing past the recommended findings and simply restating the same conclusions he argued in his Petition. This is insufficient to persuade the Court of any flaw in the reasoning of the R&R.

IT IS ORDERED overruling the Objection (Doc. 16) and adopting the R&R (Doc. 15).

IT IS FURTHER ORDERED denying and dismissing with prejudice the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 1). The Clerk of Court shall enter judgment accordingly and close this matter.

IT IS FURTHER ORDERED denying a Certificate of Appealability in this matter because 1) dismissal of Ground Three of the Petition is justified by a plain procedural bar and reasonable jurists would not find the procedural ruling debatable; and 2) as to Grounds One and Two, Petitioner cannot make a substantial showing of the denial of a constitutional right.

Dated this 21st day of December, 2018.

Honorable John J. Tuchi
United States District Judge